FILED
CHARLOTTE, NC

JUL 1 4 2017

US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17CV183

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY which is physically )<br>located at 100 Stacy Farm Road in Nebo, )<br>North Carolina, and more particularly )<br>described in a document at Book 1176, )<br>Pages 551-553 in the office of the )<br>Register of Deeds for McDowell County, )<br>North Carolina, and at 170 and 179 )<br>Watson Road, Nebo, North Carolina, )<br>more particularly described in a )<br>document at Book 985, Pages 468-469 )<br>and Book 154, Pages 255-258 in the )<br>office of the Register of Deeds for )<br>McDowell County, North Carolina, )<br>)<br>Defendants. ) | ORDER AND *LIS PENDENS* |

WHEREAS, the United States of America, by and through DEA Task Force Officer Jackie Turner and DEA Task Force Officer John Christian Taylor, have presented a Verified Complaint to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and/or (a)(2) and 21 U.S.C. § 881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

> United States Attorney
> for the Western District of North Carolina
> Attn: Tiffany Mallory Moore
> 227 West Trade Street, Suite 1650
> Charlotte, NC 28202
> (704) 344-6222

This the 14 day of July, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**

## VERIFICATION

Jackie D. Turner deposes and says under penalty of perjury;

I am a Task Force Officer with the Drug Enforcement Administration and one of the agents assigned to this case.

I have read the foregoing Complaint in support of this Application for Order of *Lis Pendens* the factual information contained therein is true according to the best of my knowledge, information, and belief.

_____
Jackie D. Turner

Sworn to before me and signed in my presence.
Date: __7-14-17__
City and State: Charlotte, North Carolina

_____
HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
Western District of North Carolina

## VERIFICATION

John Christian Taylor deposes and says under penalty of perjury;

I am a Lieutenant and McDowell County Drug Enforcement Supervisor with the McDowell County Sheriff's Office and a Task Force Officer with the Drug Enforcement Administration and one of the agents assigned to this case.

I have read the foregoing Complaint in support of this Application for Order of *Lis Pendens* the factual information contained therein is true according to the best of my knowledge, information, and belief.

_____
John Christian Taylor

Sworn to before me and signed in my presence.
Date: 7-14-17
City and State: Charlotte, North Carolina

_____
HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
Western District of North Carolina