THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00183-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>     Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>REAL PROPERTY which is physically )<br>located at 100 Stacy Farm Road in Nebo, )<br>North Carolina and more particularly )<br>described in a document at Book 1176, )<br>Pages 551-553 in the office of the Register )<br>of Deeds for McDowell County, North )<br>Carolina, and at 170 and 179 Watson )<br>Road, Nebo, North Carolina, more )<br>particularly described in a document at )<br>Book 985, Pages 468-469, and Book 154, )<br>Pages 255-258 in the office of the )<br>Register of Deeds for McDowell County, )<br>North Carolina, )<br> )<br>     Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On September 28, 2017, the Court received a verified claim from Leah P. Davis ("Claimant"), in which she asserts an interest in the defendant property located at 100 Stacy Farm Road, Nebo, North Carolina. [Doc. 6].

Pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Claimant was required to serve and file an answer to the Government's Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing her claim.

**IT IS, THEREFORE, ORDERED** that the Claimant Leah P. Davis shall serve and file an answer to the Government's Complaint or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days of the entry of this Order. **The Claimant is advised that failure to file an answer or motion within the time required will result in the dismissal of her claim.**

The Clerk of Court is directed to provide copies of this Order to counsel for the Government and counsel for the Claimant Leah P. Davis.

**IT IS SO ORDERED.**

Signed: October 28, 2017

Martin Reidinger
United States District Judge