# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 183

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| 100 STACY FARM ROAD, NEBO, ) | |
| NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Claimant Davis' failure to brief a jury demand.

On November 15, 2017, Claimant Davis requested a jury trial for this forfeiture case [# 10]. On December 6, 2017, the Court, believing that a jury was not permitted in this case, ordered Claimant Davis to brief the issue of a jury demand. Claimant Davis' brief was due December 20, 2017. Davis failed to file a brief with the Court.

The Court **ORDERS** a hearing to be set on January 30, 2018, at 9:30 AM, regarding Claimant Davis' request for a jury trial.

Signed: January 19, 2018

Dennis L. Howell
United States Magistrate Judge

