IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00183-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     ) | |
|          Plaintiff,    ) | |
|     ) | |
|   vs.     ) | |
|     ) | |
| REAL PROPERTY which is physically   ) | O R D E R |
| located at 100 Stacy Farm Road in Nebo,  ) | |
| North Carolina, and more particularly  ) | |
| described in a document at Book 1177,  ) | |
| Pages 551-553 in the office of the Register ) | |
| of Deeds for McDowell County, North  ) | |
| Carolina, and at 170 and 179 Watson Road, ) | |
| Nebo, North Carolina, more particularly  ) | |
| described in a document at Book 985,  ) | |
| Pages 468-469, and Book 154, Pages  ) | |
| 255-258 in the office of the Register of  ) | |
| Deeds for McDowell County, North  ) | |
| Carolina,    ) | |
|     ) | |
|          Defendants.    ) | |
| _____  ) | |

**THIS MATTER** is before the Court on the United States of America's

Motion requesting that this Court enter an Order Dismissing Certain Real

Properties and for Forfeiture of Substitute *Res*, dismissing certain real

properties from this action and ordering $24,000.00 forfeited in their place.

[Doc. 24].

On November 16, 2018, this Court entered a Consent Order for Third Party Claims [Doc. 22], wherein Claimant Tate agreed to pay the Government $24,000.00 as substitute *res* for the real properties located at 170 and 179 Watson Road, Nebo, North Carolina, more particularly identified in the Complaint for Forfeiture *in rem* in this matter. Pursuant to the Order, the Government agreed that, upon payment of the $24,000.00, the Government would request that this Court dismiss the so-called Watson Road Properties from this action. The Government has now received the agreed-upon payment from Claimant Tate. [Doc. 23].

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 24] is **GRANTED**, and the $24,000.00 payment by Claimant Tate is forfeited as a substitute *res* for 170 and 179 Watson Road, Nebo, North Carolina.

**IT IS FURTHER ORDERED** that the real properties at 170 and 179 Watson Road, Nebo North Carolina are hereby **DISMISSED** from this forfeiture action.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge